UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No.  CR 2:96-00045-FLA                                  Date  August 23, 2021

Title  United States v. Donald R. Weber, Jr.

Present: The Honorable   Margo A. Rocconi, United States Magistrate Judge

| Erica Bustos | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

    The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☑ supervised release.

    The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

    ☑ will appear for further proceedings as required if released.

    ☑ will not endanger the safety of any other person or the community if released.

    The Court bases its findings on the following:

    ☑ Allegations in petition

    ☐ Lack of bail resources

    ☑ No stable residence or employment

    ☑ Ties to foreign countries

    ☐ Previous failure to appear or violations of probation, parole, or release

    ☐ Nature of previous criminal convictions

    ☐ Substance abuse

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No.   CR 2:96-00045-FLA               Date   August 23, 2021

Title      United States v. Donald R. Weber, Jr.

☐ Already in custody on state or federal offense

☐ Refusal to interview with Pretrial Services

☐

☑ Defendant did not oppose the detention request.

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.